NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNITED STATES,**
*Plaintiff-Appellee,*

**v.**

**PAUL B. ZACCARDI,**
*Defendant-Appellant,*

AND

**FRANCES ZIZZO ZACCARDI,**
*Defendant,*

AND

**SAVED BY GRACE CHRISTIAN FELLOWSHIP,**
*Defendant,*

AND

**UTAH STATE TAX COMMISSION,**
*Defendant,*

AND

**WASHINGTON FEDERAL SAVINGS,**
*Defendant.*

---

2013-1233

---

Appeal from the United States District Court for the Central District of Utah in No. 11-CV-00135, Judge Robert J. Shelby.

US V. PAUL ZACCARDI                                              2

---------------------------------

Before NEWMAN, REYNA and WALLACH, *Circuit Judges.*

PER CURIAM.

## O R D E R

The United States moves for dismissal of the case or transfer to the United States Court of Appeals for the Tenth Circuit.

Paul B. Zaccardi appeals from a judgment of the United States District Court for the Central District of Utah, granting summary judgment in favor of the United States for unpaid taxes. Pursuant to 28 U.S.C. § 1631, this court is authorized to transfer the case to a court in which the appeal could have been brought at the time it was filed or noticed.

Accordingly,

IT IS ORDERED THAT:

The United States' motion is granted to the extent that the appeal is transferred pursuant to 28 U.S.C. § 1631 to the United States Court of Appeals for the Tenth Circuit.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s26

ISSUED AS A MANDATE: June 18, 2013